15 NOV -4 PM 3: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,          )   CASE NO.:  15 CR 401
                                   )
          Plaintiff,               )   MAGISTRATE JUDGE  GALLIGHAN
                                   )   KENNETH S. McHARGH
                                   )
                                   )
                                   )
RAYSHONE MITCHELL, et al.          )   MOTION TO SEAL INDICTMENT
                                   )
          Defendants.              )

Now comes the United States of America, by and through counsel, Steven M. Dettelbach,

United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and

respectfully moves this Court for an order sealing the attached indictment for the following

reason(s):  to ensure the apprehension of defendants.

The government further requests this Court to order that an Assistant United States

Attorney of the Criminal Division of the United States Attorney's Office for the Northern District

of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be

located in another judicial district and a certified copy of this indictment is needed for

forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0515
(330) 375-5492 (facsimile)
Henry.Debaggis@usdoj.gov